IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN ARCE,

      Appellant,

 v.                                    Case No.  5D17-2223

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 21, 2018

Appeal from the Circuit Court
for Seminole County,
Kenneth T. Lester, Jr., Judge.

James S. Purdy, Public Defender, and
Ailene S. Rogers, Assistant Public
Defender, Daytona Beach, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrea K. Totten,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  See Copeland v. State, 240 So. 3d 58, 59-60 (Fla. 1st DCA 2018);

Beckman v. State, 230 So. 3d 77, 95-97 (Fla. 3d DCA 2017).


ORFINGER, LAMBERT and EISNAUGLE, JJ., concur.